UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIANE COLUZZI, et al.,
                          Plaintiffs,

-against-                                  23 Civ. 6885 (LGS)

                                                  ORDER
BANK OF AMERICA, N.A.,
                          Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on November 6, 2023, Plaintiffs filed an amended complaint alleging wage-and-hour violations under the Fair Labor Standards Act ("FLSA") and state law;

        WHEREAS, on January 19, 2024, the parties filed a stipulation of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  It is hereby

        **ORDERED** that Plaintiffs' counsel shall submit a declaration or affidavit within 30 days (1) stating that Plaintiffs have been clearly advised that the settlement of this case does not preclude them from filing another lawsuit against the same Defendant(s) and (2) affirming that the settlement agreement does not contain a release of Defendant(s).  *See Flores v. Lexington Fresh Farm Inc.*, No. 21 Civ. 912, 2021 WL 3406339, at *2 (S.D.N.Y. Aug. 4, 2021).  If either or both of these statements is untrue, Plaintiffs' counsel shall file a letter explaining.

Dated: January 24, 2024
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE